Page 1

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
              SOUTHERN DIVISION


ESTATE OF WILLIAM JOEL DIXON, AND
DONNA DIXON, ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES OF
WILLIAM JOEL DIXON                         PLAINTIFFS


VERSUS                       NO: 1:17-CV-263-LG-RHW
GEORGE COUNTY, CITY OF LAUDERDALE,
AND CARMON SUE BRANNAN, IN HER
INDIVIDUAL CAPACITY                        DEFENDANTS



                        *****
                      DEPOSITION
                          OF
                      DONNA DIXON
               Taken by the Defendants at
                   1701 24th Avenue
              Gulfport, Mississippi 39501
                On Monday, March 25, 2019
                     At 9:50 a.m.
       **************************************



   Job No. CS3269307


Reported by:  Leigh Ann Dewease, CCR, RPR #1900
```

1   to me could I see Joel.
2       Q.   And what did he tell you?
3       A.   No, he was already down at the jail.
4       Q.   Any other conversations at the police
5   department that day?
6       A.   Not that I remember.
7       Q.   So that would have been Wednesday?
8       A.   Yes.
9       Q.   So on Thursday did you attempt to see
10  Joel at the jail?
11      A.   No.
12      Q.   Tell me about when you first had any
13  communication with anybody at the jail about Joel?
14      A.   Okay.  When I -- asked me the question
15  again.
16      Q.   When did you first have any
17  communications with anyone at the jail about Joel?
18      A.   Okay.  When Nurse Brannan called me.
19      Q.   And I'd like for you to tell me about
20  that conversation.
21      A.   Okay.  She called me and asked me if I
22  was Joel's mother.  I said yes.  She asked me about
23  his diabetes and we talked about his diabetes.  She
24  told me that he was on --  and I told her, you know,
25  how he did it and he was Type 1, and he said that

1  she would put him on -- that he was on a sliding
2  scale.  And she said that she would put him on a
3  special diet, and I think sometime in the
4  conversation I told her that I would send my
5  daughter to Wal-Mart to get him some.  And, you
6  know, I'd bring it down to the jail.
7       Q.    Is that the first time you had ever
8  spoken with Carmon Brannan?
9       A.    Yes.
10      Q.    You didn't speak with her when Joel was
11 in the jail in July of 2014?
12      A.    No.
13      Q.    You talked about his diabetes.  She
14 didn't ask for you to bring the insulin to the jail?
15      A.    Yes, she did.
16      Q.    Okay.  Did she ask you about a
17 prescription or who his current doctor was so she
18 could get the records?
19      A.    I don't remember.
20      Q.    Did you have any other conversations with
21 Nurse Brannan after that initial --
22      A.    No.
23      Q.    You never spoke with her again?
24      A.    No.
25      Q.    As we sit here today, is that the only

1   conversation you had with Carmon Brannan?
2        A.   Yes.
3        Q.   And I'm sure that you said this earlier,
4   and I apologize. You don't recall who you spoke
5   with at the jail when you took the insulin?
6        A.   I talked to the receptionist and Dylan
7   Gray.
8        Q.   You don't know the receptionist's name?
9        A.   Somebody told me and I don't remember.
10  Now, there was some people sitting there filling out
11  paperwork, but they didn't work for the jail.
12       Q.   Did you ever speak with Terri Rogers
13  about visitation or seeing Joel?
14       A.   No.
15       Q.   Joel ever call you from the jail?
16       A.   He -- well, we got an automated thing on
17  that Saturday and none of us had ever been -- I
18  don't know anybody that's ever -- none of us had
19  ever been in jail or ever knew anything about how
20  the jail works. And anyway. He called, and it was
21  this automated thing. And it said you have to put
22  money on a -- you have to call that number back and
23  put money on the account but I never got to talk to
24  him.
25       Q.   Did you put money on the account?