## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ESTATE OF WILLIAM JOEL DIXON, et al.** | § § § | **PLAINTIFFS** |
| **v.** | § § § | **Civil No. 1:17cv263-HSO-RPM** |
| **GEORGE COUNTY, et al.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

**BEFORE THE COURT** are the Notice of Offer of Judgment [128] filed by Defendants George County and Carmon Sue Brannan pursuant to Federal Rule of Civil Procedure 68(a) and the timely Notice of Acceptance [129] filed by Plaintiffs Estate of William Joel Dixon and Donna Dixon on Behalf of the Wrongful Death Beneficiaries of William Joel Dixon, with the attached Offer [129-1] and proof of service. *See* Fed. R. Civ. P. 68(a). In light of Defendants George County and Carmon Sue Brannan having made their Offer of Judgment and Plaintiffs having accepted it, and in accordance with the Court's prior Order [113] dismissing Plaintiffs' claims against Defendant City of Lucedale with prejudice, the Court enters a Final Judgment.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered against Defendants George County and Carmon Sue Brannan in favor of Plaintiffs Estate of William Joel Dixon and Donna Dixon on Behalf of the Wrongful Death Beneficiaries of William Joel Dixon in the total amount of $2,750,000.00,

which includes all damages sought in the Complaint against Defendants George County and Carmon Sue Brannan; costs and expenses now accrued; and attorney's fees, whether pursuant to 42 U.S.C. § 1988 or otherwise.  As for payment, $1,000,000.00 of the $2,750,000.00 judgment will be paid within fourteen (14) days of entry of this Final Judgment, and the remaining $1,750,000.00 to be paid within sixty (60) days of entry of this Final Judgment.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the claims of Plaintiffs Estate of William Joel Dixon and Donna Dixon on Behalf of the Wrongful Death Beneficiaries of William Joel Dixon against Defendant City of Lucedale are **DISMISSED WITH PREJUDICE**, pursuant to the Court's Order [113] entered on January 17, 2020.

**SO ORDERED AND ADJUDGED**, this the 31st day of May, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE